# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **CRISTIANO ALMEIDA,**<br><br>　　　　　　**Plaintiff,**<br><br>vs.<br><br>**N.A.R., INC.,**<br><br>　　　　　　**Defendant.** | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:22-CV-423-DAK-DAO<br><br>Judge Dale A. Kimball<br><br>Magistrate Judge Daphne A. Oberg |

Based on this court's December 19, 2022 Memorandum Decision and Order granting Defendant N.A.R. Inc.'s Rule 12(b)(1) Motion to Dismiss for Lack of Standing [ECF No. 9], this action is dismissed with prejudice.

DATED this 19th day of December, 2022.

BY THE COURT:

DALE A. KIMBALL
United States District Judge

1